1  MATTHEW E. FARMER, Bar No. 190484
   IRENE V. FITZGERALD, Bar No. 266949
2  VANESSA M. COHN, Bar No. 314619
   LITTLER MENDELSON, P.C.
3  5200 North Palm Avenue, Suite 302
   Fresno, California  93704.2225
4  Telephone:   559.244.7500
   Facsimile:    559.244.7525
5  Email:          mfarmer@littler.com
                   ifitzgerald@littler.com
6                  vcohn@littler.com

7  Attorneys for Defendant
   TRIUS TRUCKING, INC., a California Corporation
8

9                     UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                            FRESNO DIVISION

| | |
|---|---|
| AUGUSTUS MONDRIAN, and RHONDA JONES, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRIUS TRUCKING, INC., a California Corporation; and Does 1 through 50, Inclusive,<br><br>Defendant. | Case No.<br><br>**DEFENDANT TRIUS TRUCKING, INC.'S NOTICE OF REMOVAL**<br><br><br>Fresno County Superior Court<br>Case No. 16CECG01501<br><br>Complaint Filed:   May 10, 2016<br>1st Amended Complaint Filed: January 5, 2017<br>2nd Amended Complaint Filed: March 27, 2017<br>3rd Amended Complaint Filed: May 29, 2019 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, TO PLAINTIFFS, AND TO PLAINTIFFS' COUNSEL OF RECORD, PLEASE TAKE NOTICE THAT** Defendant TRIUS TRUCKING, INC., a California Corporation ("Defendant"), by and through the undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby gives notice of removal of this lawsuit from the Superior Court of the State of California, County of Fresno, to the United States District Court for the Eastern District of California (Defendant's "Notice of Removal"). In support of its Notice of Removal, Defendant respectfully submits to this Honorable Court the following information:

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

DEFENDANT TRIUS TRUCKING, INC.'S NOTICE OF REMOVAL

**STATE COURT ACTION**

On or about May 10, 2016, Plaintiffs Augustus Mondrian and Rhonda Jones ("Plaintiffs") filed an action in Superior Court of the State of California in and for the County of Fresno titled AUGUSTUS MONDRIAN and RHONDA JONES v. TRIUS TRUCKING, INC., a California Corporation, and Does 1 through 50, Inclusive, Case No. 16CECG01501 (the "Complaint"). The Complaint, together with Defendant's Answer to the Complaint, filed on July 21, 2016, are attached hereto as Exhibit "A".

Following stipulation by the parties, the Court issued an order on September 30, 2016, permitting Plaintiffs to file a First Amended Complaint ("FAC"). Plaintiffs did so on January 5, 2017. A true and accurate copy of the stipulation referenced herein and the FAC is attached hereto at Exhibit "B". Prior to the expiration of the deadline by which Defendant was to timely file its Answer to the FAC, the Parties executed a second stipulation, providing for Plaintiffs' leave to file a Second Amended Complaint ("SAC"). Pursuant to Court order issued on February 1, 2017, Plaintiff received leave to file their SAC. Plaintiffs filed the same on March 27, 2017. A true and accurate copy of the SAC, as well as the stipulation and order permitting its filing, and Defendant's Answer to the SAC, are attached hereto as Exhibit "C".

On April 9, 2019, Plaintiffs filed a Motion for Leave to File a Third Amended Complaint, to which Defendant filed a Notice of Non-Opposition on May 10, 2019. A true and accurate copy of Plaintiff's pleadings and Defendant's Notice of Non-Opposition is attached hereto as Exhibit "D". The Superior Court entered a tentative order, which became the order of the Court on May 29, 2019, permitting the filing of the Third Amended Complaint ("TAC"). The Court order referenced herein and the TAC are both attached hereto as Exhibit "E". On May 29, 2019, Plaintiffs subsequently filed and served on Defendant the TAC, for the first time adding claims under the Federal Labor Standards Act ("FLSA"). On June 26, 2019, Defendant filed an Answer to the TAC, attached hereto as Exhibit "F".

The TAC purports to assert eight (8) class, collective, and representative causes of action for violation of California and Federal law against Defendant, including allegations concerning: unfair competition in violation of law; failure to pay minimum wages; failure to pay

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

overtime wages; failure to provide itemized wage statements; failure to provide wages when due; failure to reimburse employees for required expenses; violation of the Private Attorney General Act; and, a separate FLSA claim for failure to pay overtime.

The following pleadings and orders have also been filed with the Superior Court for the County of Fresno, including: notices of case management conferences; case management conference minute orders; Alternative Dispute Resolution Stipulation; Joint Stipulation of Class Settlement; Stipulation and Proposed Order to Vacate Trial and Pretrial Dates; Defendant's Notice of Related Case; and, pleadings submitted in conjunction with Plaintiff's Motions for Preliminary Approval, and the Court's orders thereon. Copies of these documents are attached as Exhibit "G."

## TIMELINESS OF NOTICE OF REMOVAL

An action may be removed from state court by filing a notice of removal, together with a copy of all process, pleadings, and orders served on the defendant, within thirty days of defendant receiving an "an amended pleading…from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3). Here, service of the TAC was effective May 29, 2019.

## VENUE

Pursuant to 28 U.S.C. § 1391(a) and 28 U.S.C. § 1441, venue is proper in the United States District Court for the Eastern District of California insofar as Defendant conducts business within Fresno County, California, where the instant action was originally filed, and which is within this Court's jurisdiction.

## NOTICE TO PLAINTIFFS

As required by 28 U.S.C. § 1446(d), Defendant provided written notice of the filing of this Notice of Removal to Plaintiffs. (*See* Defendant's Notice to of Removal to Federal Court, attached as Exhibit "H.")

## NOTICE TO THE FRESNO COUNTY SUPERIOR COURT

Defendant also filed this Notice of Removal with the Clerk of the Fresno County Superior Court. (*See* Notice to State Court of Removal of Civil Action to Federal Court, attached as Exhibit "I").

DEFENDANT TRIUS TRUCKING, INC.'S NOTICE OF REMOVAL

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

**FEDERAL QUESTION JURISDICTION**

28 U.S.C. Section 1331 provides as follows: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

This action is a civil action over which this Court has original jurisdiction based upon the existence of a federal question pursuant to 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(because it is a civil action that presents a federal question as set forth below).

In this action arising out of Plaintiffs' employment with Defendant, the Complaint expressly alleges a claim for relief for violation of the Fair Labor Standards Act, 29 U.S.C. §§ 201, 207, and 216 and expressly asks for damages to be awarded under those sections. (*See* Exhibit G, ¶¶ 103 – 113.) The FLSA is a federal statute which, in part, governs payment of overtime wages. *See* 29 U.S.C. §§ 207(a) and 216(b). As such, this Court has original jurisdiction under Section 1331 as a cause of action "arising under the Constitution, laws, or treaties of the United States." Accordingly, this case may be removed to this Court by Defendant pursuant to Section 1331 and 28 U.S.C. section 1441(b) because it is a civil action that arises under the laws of the United States.

Plaintiffs' other claims for violations of California overtime and other wage-and-hour laws, are related to Plaintiffs' employment with Defendant, are based on the same facts, events, transactions, and occurrences as Plaintiffs' FLSA-based claim, and are so related to Plaintiffs' FLSA-based claim as part of the same case and controversy. Therefore, the Court has supplemental jurisdiction over these claims pursuant to 28 U.S.C. section 1367(a). Additionally, the Court has jurisdiction of the remaining claims pursuant to 28 U.S.C. section 1441(c).

Dated:  June 27, 2019

*/s/ Vanessa M. Cohn*
MATTHEW E. FARMER, Bar No. 190484
IRENE V. FITZGERALD
VANESSA M. COHN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
TRIUS TRUCKING, INC.

FIRMWIDE:165144227.1 089740.1001

4.

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

DEFENDANT TRIUS TRUCKING, INC.'S NOTICE OF REMOVAL