# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTUS MONDRIAN, RHONDA JONES, | Case No. 1:19-cv-0884-DAD-SKO |
| Plaintiffs, | **ORDER GRANTING THE PARTIES' STIPULATED REQUEST AND CONTINUING SCHEDULING CONFERENCE** |
| v. | (Doc. 7) |
| TRIUS TRUCKING, INC., | |
| Defendant. | |

**ORDER**

This case was filed as a class and collective action under various labor laws on May 10, 2016 and removed to this court on June 27, 2019. (Doc. 1.) The Mandatory Scheduling Conference is currently set for October 29, 2019. (Doc. 4.)

On October 21, 2019, the parties filed a "Joint Stipulation to Continue October 29, 2019 Scheduling Conference" stating that the parties have reached a class-wide settlement in this matter. (Doc. 7 at 2.) The parties represent they are in the process of finalizing the terms of a long-form settlement agreement, and anticipate filing a motion for preliminary approval of class settlement within the next 60 days. (*Id.*) The parties request that the Court continue the scheduling conference by 90 days, and state the parties will stipulate to vacate the scheduling conference when the anticipated motion for preliminary approval of class settlement is filed.

Pursuant to the parties' stipulation, (Doc. 7), for good cause shown, the Court GRANTS the parties' request and CONTINUES the scheduling conference from October 29, 2019, to **January**

28, 2020, at 9:45 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto**.  The parties SHALL file their joint scheduling report by no later than January 21, 2020.

IT IS SO ORDERED.

Dated:  **October 21, 2019**                              /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE