BLUMENTHAL, NORDREHAUG & BHOWMIK LLP
Norman B. Blumenthal, Bar No. 68687
Kyle R. Nordrehaug, Bar No. 205975
Aparajit Bhowmik, Bar No. 248066
2255 Calle Clara
La Jolla, CA 92037
Telephone: 858-551-1223
Fax No.: 858-551-1232

Attorneys for Plaintiffs and the Class

LITTLER MENDELSON, P.C.
Matthew E. Farmer, Bar No. 190484
Irene V. Fitzgerald, Bar No. 266949
Vanessa M. Cohn, Bar No. 314619
5200 North Palm Avenue, Suite 302
Fresno, CA 93704
Telephone: 559-244-7500
Fax No.: 559-244-7525

Attorneys for Defendant
Trius Trucking, Inc., a California Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTUS MONDRIAN, and RHONDA JONES, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRIUS TRUCKING, INC., a California Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | **Case No. 1:19-CV-00884-DAD-SKO**<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE MARCH 31, 2020 SCHEDULING CONFERENCE**<br><br>(Doc. 12)<br><br>Complaint Filed: May 10, 2016<br>1st Amended Complaint Filed: January 05, 2017<br>2nd Amended Complaint Filed: March 27, 2017<br>3rd Amended Complaint Filed: May 29, 2019 |

1 | Plaintiffs AUGUSTUS MONDRIAN and RHONDA JONES, individuals, on behalf
2 | of themselves, and on behalf of all persons similarly situated ("Plaintiffs"), and Defendant TRIUS
3 | TRUCKING, INC. ("Defendant") hereby submit this Joint Stipulation and [Proposed] Order to
4 | continue the Scheduling Conference scheduled for March 31, 2020 ("Scheduling Conference").

WHEREAS, on June 27, 2019, Defendant filed a Notice of Removal of Civil Action to Federal Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, in the United States District Court for the Eastern District of California (Dkt. 1);

WHEREAS, the parties' first appearance before the Court was initially set for October 29, 2019 (Dkt. 4);

WHEREAS, on October 21, 2019, the parties notified the Court that they reached a class-wide settlement of this matter and were finalizing the terms of a long-form settlement agreement, after which Plaintiffs intended to file a motion for preliminary approval of class action settlement (Dkt. 7);

WHEREAS, the parties required more time than initially anticipated to finalize the terms of the long-form settlement agreement (*cf.* Dkt. 7);

WHEREAS, the parties circulated a final long-form settlement agreement for review and signature, and initially anticipated the filing of a motion for preliminary approval of class settlement within 60 days of January 21, 2020 (*cf.* Dkt. 10).

WHEREAS, the parties required more time than initially anticipated to review and obtain signatures on the long-form settlement agreement;

WHEREAS, the parties anticipate the filing of a motion for preliminary approval of class settlement within 60 days of March 23, 2020.

NOW, THEREFORE, and subject to the Court's approval, the parties stipulate and agree to continue the Scheduling Conference set before this Court on March 31, 2020, for 60 days, or to any date thereafter that is convenient for the Court.

///
///

| | | |
|---|---|---|
| Dated: March 24, 2020 | | BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP |

By: */s/Kyle R. Nordrehaug*
    Norman B. Blumenthal
    Kyle R. Nordrehaug
    Aparajit Bhowmik
    Attorneys for Plaintiffs and the Class

Dated: March 24, 2020    LITTLER MENDELSON, P.C.

By: */s/Vanessa M. Cohn*
    Matthew E. Farmer
    Irene V. Fitzgerald
    Vanessa M. Cohn
    Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTUS MONDRIAN, and RHONDA JONES, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRIUS TRUCKING, INC., a California Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | Case No. 1:19-CV-00884-DAD-SKO<br><br>**ORDER CONTINUING THE MARCH 31, 2020 SCHEDULING CONFERENCE**<br><br><br>Complaint Filed: May 10, 2016<br>1st Amended Complaint Filed: January 05, 2017<br>2nd Amended Complaint Filed: March 27, 2017<br>3rd Amended Complaint Filed: May 29, 2019 |

Pursuant to the parties' above stipulation, (Doc. 12), for good cause shown, the Court GRANTS the parties' request and CONTINUES the scheduling conference from March 31, 2020, to June 23, 2020, at 9:45 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The parties SHALL file their joint scheduling report by no later than June 16, 2020.

IT IS SO ORDERED.

Dated: __**March 24, 2020**__                   /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE