UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTUS MONDRIAN and RHONDA JONES, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TRIUS TRUCKING, INC., a California Corporation,<br><br>　　　　　　Defendant. | No.  1:19-cv-00884-DAD-SKO<br><br>ORDER GRANTING THE PARTIES' STIPULATED REQUEST<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(Doc. 14) |

On June 16, 2020, the parties filed a stipulation requesting to continue the June 23, 2020, scheduling conference by at least 60 days to give the parties additional time to finalize settlement documents and file a motion for preliminary approval of the class settlement. (*See* Doc. 14.) Upon review of the parties' stipulation, for good cause shown, the Court GRANTS the parties request.

Accordingly, IT IS ORDERED that the initial scheduling conference is CONTINUED to September 17, 2020, at 9:30 a.m.  By no later than September 10, 2020, the parties shall file a joint scheduling report.

IT IS SO ORDERED.

Dated:  **June 16, 2020**　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE