1  BLUMENTHAL, NORDREHAUG & BHOWMIK LLP
   Norman B. Blumenthal, Bar No. 68687
2  Kyle R. Nordrehaug, Bar No. 205975
   Aparajit Bhowmik, Bar No. 248066
3  2255 Calle Clara
   La Jolla, CA 92037
4  Telephone:     858-551-1223
   Fax No.:       858-551-1232
5
   Attorneys for Plaintiffs and the Class
6

7  LITTLER MENDELSON, P.C.
   Matthew E. Farmer, Bar No. 190484
8  Irene V. Fitzgerald, Bar No. 266949
   Vanessa M. Cohn, Bar No. 314619
9  5200 North Palm Avenue, Suite 302
   Fresno, CA  93704
10 Telephone:    559-244-7500
   Fax No.:      559-244-7525
11
   Attorneys for Defendant
12 Trius Trucking, Inc., a California Corporation

13

14                    **UNITED STATES DISTRICT COURT**

15                    **EASTERN DISTRICT OF CALIFORNIA**

16

17 AUGUSTUS MONDRIAN, and RHONDA            **Case No.  1:19-CV-00884-DAD-SKO**
   JONES, individuals, on behalf of themselves,
18 and on behalf of all persons similarly situated,
                                            **JOINT STIPULATION AND ORDER TO**
19            Plaintiffs,                   **SET MOTION FOR PRELIMINARY**
                                            **APPROVAL BRIEFING SCHEDULE AND**
20        vs.                               **HEARING DATE**

21 TRIUS TRUCKING, INC., a California
   Corporation; and Does 1 through 50, Inclusive,  Complaint Filed: May 10, 2016
22                                          1st Amended Complaint Filed: January 05, 2017
                                            2nd Amended Complaint Filed: March 27, 2017
23            Defendants.                   3rd Amended Complaint Filed: May 29, 2019

24                                          (Doc. 16)

25

26

27

28

                                            1            Case No.  1:19-CV-00884-DAD-SKO

1   Plaintiffs AUGUSTUS MONDRIAN and RHONDA JONES, individuals, on

2  behalf of themselves, and on behalf of all persons similarly situated ("Plaintiffs"), and Defendant

3  TRIUS TRUCKING, INC. ("Defendant") hereby submit this Joint Stipulation and [Proposed]

4  Order to set the Motion for Preliminary Approval briefing schedule and hearing date.

5   WHEREAS, on June 27, 2019, Defendant filed a Notice of Removal of Civil

6  Action to Federal Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, in the United States

7  District Court for the Eastern District of California (Dkt. 1);

8   WHEREAS, the parties' first appearance before the Court was initially set for

9  October 29, 2019 (Dkt. 4);

10   WHEREAS, on October 21, 2019, the parties notified the Court that they reached

11  a class-wide settlement of this matter and were finalizing the terms of a long-form settlement

12  agreement, after which Plaintiffs intended to file a motion for preliminary approval of class action

13  settlement (Dkt. 7);

14   WHEREAS, the parties required more time than initially anticipated to finalize the

15  terms of the long-form settlement agreement (*cf.* Dkt. 7);

16   WHEREAS, the parties circulated a final long-form settlement agreement for

17  review and signature, and initially anticipated the filing of a motion for preliminary approval of

18  class settlement within 60 days of January 21, 2020 (*cf.* Dkt. 10).

19   WHEREAS, the parties required more time than initially anticipated to review the

20  long-form settlement agreement and prepare the Motion for Preliminary Approval, particularly in

21  light of the challenges posed by the ongoing COVID-19 public health crisis;

22   WHEREAS, the parties have met and conferred further regarding the status of this

23  action, next steps concerning review of the Motion for Preliminary Approval; and,

24   WHEREAS, the parties anticipate that Plaintiffs will file the Motion for

25  Preliminary Approval by November, 2020 and respectfully request a hearing date regarding the

26  Motion for Preliminary Approval be set for December, 2020, or a date thereafter as is convenient

27  for the Court.

28  / / /

1    NOW, THEREFORE, and subject to the Court's approval, the parties stipulate and

2   agree to set the deadline to file the Motion for Preliminary Approval for November 13, 2020 and

3   to set the hearing date regarding the Motion for Preliminary Approval for December 11, 2020, or

4   a date thereafter convenient for the Court.

5   Dated:   September 9, 2020          BLUMENTHAL NORDREHAUG BHOWMIK DE
                                        BLOUW LLP
6

7                                       By: _/s/Victoria B. Rivapalacio_____
8                                            Norman B. Blumenthal
                                             Kyle R. Nordrehaug
9                                            Aparajit Bhowmik
                                             Victoria B. Rivapalacio
10                                           Attorneys for Plaintiffs and the Class

11   Dated:  September 9, 2020          LITTLER MENDELSON, P.C.

12

13                                      By: __/s/Vanessa M. Cohn_____
                                             Matthew E. Farmer
14                                           Irene V. Fitzgerald
                                             Vanessa M. Cohn
15                                           Attorneys for Defendant

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation And Order to Set Motion for Preliminary Approval Briefing Schedule

1

2

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

3

4

5

6

AUGUSTUS MONDRIAN, and
RHONDA JONES, individuals, on behalf
of themselves, and on behalf of all persons
similarly situated,

Plaintiffs,

7

vs.

8

9

TRIUS TRUCKING, INC., a California
Corporation; and Does 1 through 50,
Inclusive,

10

11

Defendants.

12

**Case No.  1:19-CV-00884-DAD-SKO**

**ORDER SETTING THE HEARING DATE
REGARDING PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL AND
VACATING SCHEDULING CONFERENCE**

Complaint Filed: May 10, 2016
1st Amended Complaint Filed: January 05, 2017
2nd Amended Complaint Filed: March 27, 2017
3rd Amended Complaint Filed: May 29, 2019

13

14

15

16

17

        Based on the above stipulation of the parties (Doc. 16), by and through their counsel of record, and good cause appearing therefore, IT IS HEREBY ORDERED that the parties' Motion for Preliminary Approval of class action settlement **SHALL be filed no later than November 13, 2020, and SHALL be heard no later than December 16, 2020**.

18

19

        It is further ORDERED that the Scheduling Conference set for September 17, 2020, is hereby VACATED in light of the settlement.

20

IT IS SO ORDERED.

21

22

Dated:   **September 11, 2020**                          /s/ *Sheila K. Oberto*

                                                                  UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

Joint Stipulation And Order to Set Motion for Preliminary Approval Briefing Schedule