UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTUS MONDRIAN, et al.,<br><br>Plaintiff,<br><br>v.<br><br>TRIUS TRUCKING, INC.,<br><br>Defendant. | No. 1:19-cv-00884-DAD-SKO<br><br>ORDER DIRECTING THE FILING OF SUPPLEMENTAL BRIEFING<br><br>(Doc. No. 18) |

On March 11, 2022, the court issued an order (Doc. No. 22) requiring the parties to file supplemental briefing and/or an amended motion in connection with their pending motion for preliminary approval of a class action settlement within 28 days of the service of that order. (Doc. No. 18.) The court will not repeat here its numerous concerns with the motion for class certification which resulted in the issuance of that order.

On April 5, 2022, the parties filed a joint stipulation requesting that the court continue the deadline for the parties to file supplemental briefing and/or an amended motion to May 6, 2022, which the court granted. (Doc. Nos. 23, 24.) In their request, the parties had asserted that they were "working on supplemental briefing and making the necessary revisions, but need[ed] additional time to complete this work." (Doc. No. 23 at 2.)

On May 4, 2022, the parties filed a second joint stipulation requesting that the court further extend their filing deadline, to June 3, 2022. (Doc. No. 25.) Therein, the parties again

1  assert that they "have been diligently working on supplemental briefing . . . but need additional
2  time to complete this work in consultation with their clients." (*Id.* at 2.)
3      In total, the parties are requesting nearly ninety days to file their supplemental brief and/or
4  amended motion addressing the many concerns the court raised in its March 11, 2022 order.
5  Those concerns ranged from whether the proposed settlement meets the requisite standards under
6  the Fair Labor Standards Act ("FLSA"), to whether various aspects of the parties' class action
7  settlement agreement are reasonable, fair, and adequate under Federal Rule of Civil Procedure 23.
8  (*See generally* Doc. No. 22.)  The court notes that the concerns identified in its March 11, 2022
9  order are run-of-the-mill issues that routinely arise in FLSA collective and Rule 23 class action
10 settlements.  The parties should have thoroughly researched and briefed those issues in the first
11 instance, before filing the motion for preliminary approval of their settlement in this action.
12     Nonetheless, the court will grant one final extension of time for the parties to file
13 supplemental briefing and/or an amended motion in response to the court's March 11, 2022 order.
14 Accordingly, **the parties are directed to file their supplemental briefing and/or an amended**
15 **motion by June 3, 2022**.  The parties are advised that their failure to file the required
16 supplemental briefing and/or amended motion by that deadline may result in denial of their
17 pending motion for preliminary approval of their settlement, without prejudice.  Moreover, the
18 court does not intend to entertain any further stipulations or requests for extension of time to
19 comply with this order.
20 IT IS SO ORDERED.

21  Dated:   **May 5, 2022**              /s/ Dale A. Drozd
22                                         UNITED STATES DISTRICT JUDGE