**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
Norman B. Blumenthal (SBN 068687)
        Email: norm@bamlawca.com
Kyle R. Nordrehaug (SBN 205975)
        Email: Kyle@bamlawca.com
Aparajit Bhowmik (SBN 248066)
        Email: AJ@bamlawca.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Website: www.bamlawca.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTUS MONDRIAN, and RHONDA JONES, individuals, on behalf of themselves, and on behalf of all persons similarly situated,, <br><br> Plaintiff, <br><br> vs. <br><br> TRIUS TRUCKING, INC., a California Corporation; and Does 1 through 50, Inclusive, <br><br> Defendants. | CASE No. **1:19-CV-00884-ADA-SKO** <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** <br><br> Hearing Date: September 30, 2022 <br> Hearing Time: 1:00 p.m. <br> [*Hearing Set By June 27, 2022 Order*] <br><br> Judge: Hon. Ana de Alba <br><br> Robert E. Coyle U.S. Courthouse, Courtroom 1, 8th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on September 30, 2022, at 1:00 p.m. in the United States District Court for the Eastern District of California, located at the Robert E. Coyle United States Courthouse, Courtroom 1 - 8th Floor, 2500 Tulare Street, Fresno, CA 93721 before District Judge Ana de Alba, Plaintiffs Augustus Mondrian and Rhonda Jones ("Plaintiffs") will move for final approval of the proposed class settlement with Defendant Trius Trucking, Inc. ("Defendant").

This motion is brought pursuant to the Order dated June 27, 2022 [Doc. No. 31] and Fed. R. Civ. P. Rule 23(h). This motion is unopposed and based on the First Amended Joint Stipulation of Class Settlement and Release of Claims ("Agreement") between the parties filed concurrently with this motion. There have been no objections to the Settlement by any member of the Class.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Norman Blumenthal and exhibits attached thereto, the Declaration of the Plaintiffs, the Declaration of Madely Nava (the Settlement Administrator), the argument of counsel and upon such other material contained in the file and pleadings of this action.

Respectfully submitted,

Dated: September 2, 2022        BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW

By:    */s/ Norman B. Blumenthal*
          Norman B. Blumenthal
          Kyle R. Nordrehaug
          Attorneys for Plaintiffs